# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BILLY LEE BACON,** : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:18-0059 |
| v. : | |
| : | (Judge Mannion) |
| **JOHN SOMMERS,** : | |
| Respondent : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Respondent's motion to dismiss (Doc. 22) is **GRANTED**.

2. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice as premature.

3. The Clerk of Court shall **CLOSE** this case.

4. There is no probable cause to issue a certificate of appealability.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 18, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0059-01-order.wpd